TERENCE F. SMITH and MARY E. SMITH, Respondents, v. THE CITY OF NEW YORK and INTERBOROUGH RAPID TRANSIT COMPANY, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

LOUIS KAUFMAN, Appellant, v. ABRAHAM JANOER, Respondent.— Motion to set aside dismissal of appeal, and to extend time in which to perfect appeal, granted, upon payment within five days of ten dollars costs; and case set down for argument at the June term. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOHN A. KILMORE, Respondent, v. JAMES F. A. CLARK and Others, Appellants, and Others, Defendants.— Motion for stay denied, without costs. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

EDWARD AMMANN, Respondent, v. CHARLES AMMANN and JOSEPHINE RANDALL, Appellants, and Others, Defendants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

MAX EPSTEIN, Respondent, v. GERTRUDE HOROWITZ, Appellant, Impleaded with HARRIS HOROWITZ, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ.

NICHOLAS J. ESCHENBRENNER, Appellant, v. GUDE BROS., KIEFFER COMPANY, Respondent.— The privilege of inspection and discovery in cases of this character is given to plaintiff almost as matter of right. (*Thomas* v. *Waite Co.*, 113 App. Div. 494, 496.) We have reiterated this doctrine in *Lockwood* v. *Bedell Co.* (178 App. Div. 695). The order is, therefore, reversed on the law and facts, with ten dollars costs and disbursements, and the motion granted, without costs. Rich, Kelly, Jaycox, Manning and Young, JJ., concur. Settle order on notice.

RUBIN FRIEDMAN and DORA FRIEDMAN, Doing Business Individually and as Copartners under the Name of FRIEDMAN & FRIEDMAN, Appellants, v. JOSEPH MONTI, Respondent.— Order affirmed, without costs. No opinion. Blackmar, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

LOUIS GLASS, Respondent, v. WALDO I. SHUMAN and GEORGE A. SELIGMANN, Copartners, etc., Appellants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.

NATHAN GOLDMAN and Others, Respondents, v. NATHAN DONIGER, Appellant. — Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Manning and Kelby, JJ.

YETTA GOTTERER, Respondent, v. JACOB COHEN, Appellant.— Order of the Appellate Term unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

GRIFFIN, PRINCE & RIPLEY, INC., and WILLIAM H. OLIVER, Respondents, v. LILLIE T. TOPLITZ and Others, Defendants, Impleaded with BETTY M. HILBORN and SAMSON L. TOPLITZ, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Jaycox and Young, JJ.